IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

GAIL L. FAUBION                                                                                       PLAINTIFF

        v.                    Civil No. 3:12-cv-03056-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                            DEFENDANT

## JUDGMENT

For reasons stated in a memorandum opinion of this date, the undersigned remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 27th day of December 2012.

        */s/ J. Marschewski*
        HONORABLE JAMES R. MARSCHEWSKI
        CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)